FILED

2003 NOV 17 P 4: 22

U.S. DISTRICT C...
NEW HAVEN, C...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY | : CIVIL ACTION<br>: NO.: 3:01CV2063 (PCD) |
| Plaintiffs | : |
| VS. | : |
| MARON CONSTRUCTION, CO., INC. and RONALD DEFRANCESCO | : |
| Defendants | : NOVEMBER 17, 2003 |

## NOTICE OF SERVICE OF PLAINTIFFS' RESPONSE TO SECTION A OF THE COURT'S TRIAL PREPARATION ORDER DATED OCTOBER 27, 2003

The plaintiffs in the above-captioned matter hereby give notice that they have served upon the defense compliance with Section A of the Court's Trial Preparation Order dated October 27, 2003.

THE PLAINTIFFS

BY: _____
EDWARD J. GAVIN, ct08536
MEEHAN, MEEHAN & GAVIN
76 Lyon Terrace
Bridgeport, Connecticut 06604
(203) 333-1888

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, this date, postage prepaid, on this 17th day of November, 2003, to the following:

| | |
|---|---|
| **For Defendants, Maron Construction Co., Inc. and Ronald DeFrancesco**<br>Gary C. Kaisen, Esq.<br>Milano & Wanat<br>471 East Main Street<br>Branford, Connecticut  06405 | **For Plaintiff, Midland Fire Protection Company**<br>Gregory Goodstein, Esq.<br>Morrison, Mahoney & Miller<br>One Constitution Plaza, 10th Floor<br>Hartford, Connecticut  06103 |

_____
EDWARD J. GAVIN
Attorney at Law

2