UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED Nov 19 in 25 AM '03

| | |
|---|---|
| JOSEPH STRYCHASZ. <br> SANDRA STRYCHASZ and <br> MIDLAND FIRE PROTECTION COMPANY <br><br> Plaintiffs <br><br> VS. <br><br> MARON CONSTRUCTION COMPANY, INC. <br> RONALD DeFRANCESO <br><br> Defendants/ <br> Third- Party Plaintiffs, <br><br> Vs. <br><br> UNITED STATES OF AMERICA, <br> ENVIRONMENTAL CONTRACTING INC., <br> and EINHORN, YAFFEE, PRESCOTT <br> ARCHITECTURE & ENGINEERS <br><br> Third-Party Defendants | CIVIL CASE NO. 3:01CV206 3 (PCD) <br><br><br><br><br><br><br><br><br> NOVEMBER 17, 2003 |

### INTERVENING PLAINTIFF MIDLAND FIRE PROTECTION COMPANY'S NOTICE OF COMPLIANCE WITH SECTION A OF THE TRIAL PREPARATION ORDER

The Intervening Plaintiff, Midland Fire Protection Company, hereby gives notice that, pursuant to the Court's Trial Preparation Order of October 27, 2003, it has served compliance with Section A of that order on the defendant.

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

872986v1

INTERVENING PLAINTIFF,

MIDLAND FIRE PROTECTION COMPANY

BY _____
Gregory C. Goodstein - CT 1937
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone (860) 616-4441

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this same date as follows:

*For the plaintiffs, Joseph and Sandra Strychasz*
Edward Gavin, Esq.
Meehan, Meehan & Gavin
76 Lyon Terrance
Bridgeport, Connecticut 06604

*For the Defendants, Maron Construction Company, Inc. and Ronald DeFrancesco*
Gary C. Kaisen
Milano & Wanat LLC
471 East Main Street
Branford, CT  06405

_____
Gregory C. Goodstein, Esq.

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

872986v1