UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY | : : : : | CIVIL ACTION NO.: 3:01CV2063 (PCD) |
| Plaintiffs | : : | |
| VS. | : : | |
| MARON CONSTRUCTION, CO., INC. and RONALD DEFRANCESCO | : : : | |
| Defendants | : | DECEMBER 1, 2003 |

**NOTICE OF SERVICE OF DEFENDANTS' RESPONSE TO SECTION B OF THE COURT'S TRIAL PREPARATION ORDER DATED OCTOBER 27, 2003**

The defendants, Maron Construction Company, Inc. and Ronald DeFrancesco, in the above-captioned matter hereby give notice that they have served upon the plaintiffs' counsel compliance with Section B of the Court's Trial Preparation Order dated October 27, 2003.

          THE DEFENDANTS,
          MARON CONSTRUCTION COMPANY, INC.
          AND
          RONALD DeFRANCESCO

          By_____
           Gary C. Kaisen (Federal #17513)
           Milano & Wanat LLC
           471 East Main Street
           Branford, Connecticut 06405

(203) 315-7000
**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been mailed, first-class, post prepaid on this 1st day of December, 2003 to:

*For the plaintiff, Joseph Strychasz*
Edward Gavin, Esquire
Meehan & Meehan
76 Lyon Terrace
Bridgeport, Connecticut 06604

*For the plaintiff, Midland Fire Protection Company*
Gregory Goodstein, Esquire
Morrison, Mahoney & Miller
One Constitution Plaza
Hartford, Connecticut 06103-1810

_____
Gary C. Kaisen