# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION CO. | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO.: 3:01CV2063(PCD) |
| V. | : : | |
| MARON CONSTRUCTION, INC. | : : | |
| Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff, | : : : | |
| V. | : : | |
| UNITED STATES OF AMERICA, ENVIRONMENTAL CONTRACTING, INC., and EINHORN, YAFFE, PRESCOTT ARCHITECTURE & ENGINEERING | : : : : : | |
| Third-Party Defendants, | : : | |
| MIDLAND FIRE PROTECTION CO. | : : | |
| Counterclaim Defendant. | : | JANUARY 8, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the Counterclaim Defendant, Midland Fire Protection Co., in the above-captioned matter, as the undersigned is leaving the Firm of Halloran & Sage LLP. The Counterclaim Defendant will still be represented by Attorney James V. Somers of Halloran & Sage LLP, who has already appeared in this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

        THE COUNTERCLAIM DEFENDANT
        MIDLAND FIRE PROTECTION
        COMPANY

By _____
    Salvatore N. Fornaciari
    Fed. Bar # ct 22684
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# CERTIFICATION

This is to certify that on this 8th day of January, 2004, a copy of the foregoing was mailed, postage prepaid to:

**For the Plaintiffs Joseph & Sandra Strychasz**
Richard T. Meehan, Sr., Esq.
Meehan & Meehan
76 Lyon Terrace
Bridgeport, CT 06604

**For the Plaintiff Midland Fire Protection Co.**
Gregory Goodstein, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

**For the Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, Maron Construction Co.**
Mark A. Milano, Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

**For the Defendant United States of America**
Brenda M. Green, Esq.
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT 06508-1824

**For the Defendant Environmental Contracting, Inc.**
Thomas W. Boyce, Jr.
Faulkner & Boyce
216 Broad Street
P.O. Box 391
New London, CT 06320
*Via Personal Service*
**For the Counterclaim Defendant Midland Fire Protection Co.**
c/o James V. Somers
Halloran & Sage LLP
225 Asylum Street
Hartford, CT  06103

**For the Defendant Einhorn, Yaffe, Prescott Architecture & Engineering**
James K. Schwartz, Esq.
Donovan, Hatem, LLP
125 Summer Street
Boston, MA 02110

_____
Salvatore N. Fornaciari

501624_1.doc



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105