UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY<br>    Plaintiffs | : | CIVIL ACTION NO.<br>3:01 CV2063 (PCD) |
| | : | |
| VS. | : | |
| MARON CONSTRUCTION COMPANY, INC. and RONALD DeFRANCESO<br>    Defendants | : | JANUARY 14, 2004 |

### REQUEST FOR LEAVE TO AMEND INTERVENING COMPLAINT

The subscriber respectfully represents:

1. Beacon Mutual Insurance Company is the insurer of Midland Fire Protection Company, the employer of the plaintiff in this matter.

2. At the time of the personal injuries sustained by the plaintiff, Joseph Strychasz, as set forth in his Complaint in the above-captioned action, he was in the employ of the movant within the scope of the Workers' Compensation Act and said injuries arose out of and in the course of this employment.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876453v1

3. By virtue of the personal injuries for which Joseph Strychasz seeks recovery in the above-entitled action, the movant has paid, and has become obligated to pay, a sum of money to the plaintiff pursuant to the Connecticut Workers' Compensation Act.

4. After bringing said action, the plaintiff notified the movant of such amended action in accordance with Connecticut General Statute § 31-293, as amended to date, and less than (30) days have elapsed since such notice.

5. The employer therefore respectfully moves that it be permitted to conform their Amended Intervening Complaint to the plaintiff's Amended Complaint, dated January 8, 2004, by adopting the changes therein.

6. The proposed Amended Intervening Complaint is attached hereto as Exhibit A.

INTERVENING PLAINTIFF,

MIDLAND FIRE PROTECTION COMPANY

BY _____
Gregory C. Goodstein - CT 1937
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone (860) 616-4441

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876453v1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 15th day of January, 2004, as follows:

*For the plaintiffs, Joseph and Sandra Strychasz*
Edward Gavin, Esq.
Meehan, Meehan & Gavin
76 Lyon Terrance
Bridgeport, Connecticut 06604

*For the Defendants, Maron Construction Company, Inc. and Ronald DeFrancesco*
Gary C. Kaisen
Milano & Wanat LLC
471 East Main Street
Branford, CT  06405

_____
Gregory C. Goodstein, Esq.

3

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876453v1

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY<br>    Plaintiffs | :  CIVIL ACTION NO.<br>    3:01 CV2063 (PCD)<br>:<br>: |
| VS. | : |
| MARON CONSTRUCTION COMPANY, INC.<br>and RONALD DeFRANCESO<br>    Defendants | :  JANUARY 14, 2004 |

### AMENDED INTERVENING COMPLAINT OF
### CO-PLAINTIFF MIDLAND FIRE PROTECTION COMPANY

The co-plaintiff, Midland Fire Protection Company, also hereinafter referred to as the employer, represents the following:

1. On or about May 12, 1997, and for some time prior thereto, the plaintiff, Joseph Strychasz was employed by the co-plaintiff, Midland Fire Protection Company.

2. On or about the aforesaid date, Joseph Strychasz, was caused to suffer bodily injury due to an occurrence more particularly described in the plaintiff's amended complaint dated January 8, 2004 in this action.

3. The plaintiff, Joseph Strychasz, has instituted an action known as a third-party action under the terms of Connecticut General Statute § 31-293, entitled Joseph Strychasz v. Marion Construction Company, et al., returnable in the Superior Court for the Judicial District of

1

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876490v1

New London at New London; subsequently removed to United States District Court; and Amended most recently on or about January 8, 2004, to recover damages for which the named defendant is alleged to be legally liable.

4.  The said accident and resulting injuries to the employee/plaintiff were caused by the negligence and carelessness of the defendant as described in the plaintiff's amended complaint dated January 8, 2004 in this action.

5.  The employment of Joseph Strychasz by this co-plaintiff was within the scope of the Workers' Compensation Act of the State of Connecticut and it is alleged that his injuries arose out of and in the course of this employment.

6.  After the occurrence of said accident, Joseph Strychasz notified this co-plaintiff of the same and of his injuries all is set for in his amended complaint dated January 8, 2004, and this co-plaintiff provided him with medical attention and treatment and expended money for the plaintiff's disability and may become obligated to expend further sums in the future on account thereof all in accordance with the Workers' Compensation Act.

7.  As a further result of the aforesaid accident, this co-plaintiff may be obligated to expend sums in the future and payment for such workers' compensation as may be awarded by the Compensation Commissioner or as may be agreed upon between the parties and approved by said Compensation Commissioner.

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876490v1

WHEREFORE, the intervening plaintiff, Midland Fire Protection Company, claims that any damages recovered in this action shall be so paid and apportioned that it will be reimbursed for the amounts it is paid and become obligated to pay under the Workers' Compensation Act plus the present worth of probable future payments.

                INTERVENING PLAINTIFF,

                MIDLAND FIRE PROTECTION
                COMPANY


                BY _/s/ Gregory C. Goodstein_____
                Gregory C. Goodstein - CT 1937
                Morrison, Mahoney & Miller, LLP
                One Constitution Plaza, 10th Floor
                Hartford, CT 06103
                Phone (860) 616-4441

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876490v1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 15th day of January, 2004 as follows:

*For the plaintiffs, Joseph and Sandra Strychasz*
Edward Gavin, Esq.
Meehan, Meehan & Gavin
76 Lyon Terrance
Bridgeport, Connecticut 06604

*For the Defendants, Maron Construction Company, Inc. and Ronald DeFrancesco*
Gary C. Kaisen
Milano & Wanat LLC
471 East Main Street
Branford, CT 06405

_____
Gregory C. Goodstein, Esq.

4

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

876490v1