UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 26, 2004

12:00 p.m.

*Hotel*
*3 hours*

CASE NO. **3:01cv2063 (PCD)**    **Strychasz, et al vs. Maron Construction**

Salvatore N. Fornaciari
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Edward J. Gavin
Meehan & Meehan
76 Lyon Terrace
Bridgeport, CT 06604


Gregory C. Goodstein
Morrison, Mahoney & Miller, LLP
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810

Gary Charles Kaisen
Milano & Wanat
471 E. Main St.
Branford, CT 06405


Michael T. Meehan
Meehan & Meehan
76 Lyon Terrace
Bridgeport, CT 06604

Richard T. Meehan Sr.
Meehan & Meehan
76 Lyon Terrace
Bridgeport, CT 06604


Mark A. Milano
Milano & Wanat
471 E. Main St.
Branford, CT 06405


Stephen G. Murphy Jr.
Milano & Wanat
471 E. Main St.
Branford, CT 06405


Erik J. Ness
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Daniel P. Scapellati
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


Karen L. Zielinski
Milano & Wanat
471 E. Main St.
Branford, CT 06405


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK