UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRYCHASZ, ET AL. | : | |
| | : | |
| VS. | : | CASE NO. 3:01CV2063 (PCD) |
| | : | |
| MARON CONSTRUCTION, INC. | : | |

### ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 91, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 9th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court