UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION CO.<br><br>    Plaintiffs,<br><br>v.<br><br>MARON CONSTRUCTION, INC.<br><br>    Defendant/Counterclaim Plaintiff/<br>    Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ENVIRONMENTAL CONTRACTING, INC., and EINHORN, YAFFE, PRESCOTT ARCHITECTURE & ENGINEERING<br><br>    Third-Party Defendants,<br><br>MIDLAND FIRE PROTECTION CO.<br><br>    Counterclaim Defendant. | CIVIL ACTION<br>NO.: 3:01CV2063(PCD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the counterclaim defendant, Midland Fire Protection Co., in the above-captioned matter, as well as the appearance of Erik J. Ness for Midland.  Midland is no longer a defendant in this action.

06284.0925

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

        COUNTERCLAIM DEFENDANT,
        MIDLAND FIRE PROTECTION CO.


By _____
   James V. Somers
   HALLORAN & SAGE LLP
   Fed. Bar #ct 14525
   One Goodwin Square
   225 Asylum Street
   Hartford, CT  06103
   Phone: (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# CERTIFICATION

This is to certify that on this 6th day of February 2004, I hereby mailed a copy of the foregoing to:

**For the Plaintiffs Joseph & Sandra Strychasz**
Richard T. Meehan, Esq.
Meehan & Meehan
76 Lyon Terrace
Bridgeport, CT 06604

**For the Plaintiff Midland Fire Protection Co.**
Gregory Goodstein, Esq.
Morrison, Mahoney & Miller
One Constitution Plaza, 10th Floor
Hartford, CT 06103

**For the Defendant/Counterclaim Plaintiff/Third-Party Plaintiff, Maron Construction Co.**
Mark A. Milano, Esq.
Milano & Wanat
471 East Main Street
Branford, CT 06405

**For the Defendant United States of America**
Brenda M. Green, Esq.
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT 06508-1824

**For the Defendant Environmental Contracting, Inc.**
Thomas W. Boyce, Jr.
Faulkner & Boyce
216 Broad Street
P.O. Box 391
New London, CT 06320

**For the Defendant Einhorn, Yaffe, Prescott Architecture & Engineering**
James K. Schwartz, Esq.
Donovan, Hatem, LLP
125 Summer Street
Boston, MA 02110

_____
James V. Somers

512767.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105