**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

JOSEPH STRYCHASZ, ET AL.                    :
                                            :
          VS.                               :          CASE NO. 3:01CV2063 (PCD)
                                            :
MARON CONSTRUCTION, INC.                    :

**ENDORSEMENT ORDER**

The Motion to Withdraw Appearance, document no. 97, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 13th day of February, 2004.

                    /s/
                  Peter C. Dorsey, U.S. District Judge
                  United States District Court