```
                                           FILED
                                        FEB 27  2 42 PM '04
              UNITED STATES DISTRICT COURT
                                         U.S. DISTRICT COURT
                                         NEW HAVEN, CONN.
                    DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY | CIVIL ACTION<br>NO.: 3:01CV2063 (PCD) |
| Plaintiffs | |
| VS. | |
| MARON CONSTRUCTION, CO., INC. and RONALD DEFRANCESCO | |
| Defendants | FEBRUARY 26, 2004 |

## STIPULATED DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)

The parties to the above-captioned action hereby seek dismissal of the instant action in accordance with the Federal Rules of Civil Procedure 41(a)(1)(ii).

THE PLAINTIFFS,
JOSEPH & SANDRA STRYCHASZ

BY: *Edward J. Gavin*
EDWARD J. GAVIN, ct08536
Meehan, Meehan & Gavin
76 Lyon Terrace
Bridgeport, Connecticut 06604
(203) 333-1888

THE PLAINTIFF,
MIDLAND FIRE PROTECTION COMPANY

BY: _____
GREGORY C. GOODSTEIN, ct1937
Morrison, Mahoney & Miller
One Constitution Plaza
Hartford, Connecticut 06103
(860) 616-4441

THE DEFENDANTS, Maron Construction Co.
And Ronald DeFrancesco

BY: _____
Gary C. Kaisen, ct17513
Milano & Wanat
471 East Main Street
Branford, Connecticut 06405
(203) 315-7000

2