FILED

FEB 27   2 42 PM '04

UNITED STATES DISTRICT COURT
DISTRICT COURT
NEW HAVEN, CONN

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH STRYCHASZ, SANDRA STRYCHASZ and MIDLAND FIRE PROTECTION COMPANY | : | CIVIL ACTION NO.: 3:01CV2063 (PCD) |
| Plaintiffs | : | |
| VS. | : | |
| MARON CONSTRUCTION, CO., INC. and RONALD DEFRANCESCO | : | |
| Defendants | : | FEBRUARY 26, 2004 |

### STIPULATED DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)

The parties to the above-captioned action hereby seek dismissal of the instant action in accordance with the Federal Rules of Civil Procedure 41(a)(1)(ii).

THE PLAINTIFFS,
JOSEPH & SANDRA STRYCHASZ

BY: _Edward J. Gavin_
EDWARD J. GAVIN, ct08536
Meehan, Meehan & Gavin
76 Lyon Terrace
Bridgeport, Connecticut 06604
(203) 333-1888

FILED
Mar 1 9 30 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.