UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MIDLAND FIRE PROTECTION COMPANY | : CIVIL ACTION NO. |
|    Intervening Plaintiff |   3:01 CV2063 (PCD) |
| | : |
| VS. | : |
| MARON CONSTRUCTION COMPANY, INC., RONALD DeFRANCESO, SCOTTSDALE INSURANCE COMPANY and ONE BEACON INSURANCE COMPANY | : APRIL 15, 2004 |
|    Defendants | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Intervening Plaintiff Midland Fire Protection Company hereby voluntarily stipulates and agrees that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees to either party.

DATE: 4/15/04

_Gregory C. Goodstein_
Gregory C. Goodstein - CT 1937
Morrison, Mahoney & Miller, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone (860) 616-4441

1

Of Counsel

*For the plaintiffs, Joseph and Sandra Strychasz*
Edward Gavin, Esq.
Meehan, Meehan & Gavin
76 Lyon Terrance
Bridgeport, Connecticut 06604

*For the Defendants, Maron Construction Company, Inc. and Ronald DeFrancesco*
Gary C. Kaisen
Milano & Wanat LLC
471 East Main Street
Branford, CT  06405

2

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459